# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TOMMY LOUIS DAVIS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2021 CW 0033

**MARCH 15, 2021**

---

In Re:   Tommy Louis Davis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 675485.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court's September 22, 2019 judgment that dismissed Tommy Louis Davis's action, without prejudice, is a final appealable judgment. See La. Code Civ. P. arts. 1841 and 2083. See also La. R.S. 15:1177. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff pursuant to the notice of intent to apply for supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989)(per curiam). In the event relator seeks to appeal the trial court's judgment, he shall submit an order for appeal to the trial court by April 15, 2021. Additionally, a copy of this court's order is to be included in the appellate record.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT